IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| BRIDGES EQUIPMENT, LTD.<br>    *Plaintiff*, | §<br>§<br>§ | |
| V. | § | NO.  MO:18-CV-103 DC |
| | § | |
| BERKLEY REGIONAL INSURANCE<br>COMPANY,<br>    *Defendant*. | §<br>§<br>§<br>§ | |

# **FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

It is ORDERED the above-styled and numbered cause is DISMISSED WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(2) and based upon the Defendant's Unopposed Motion to Dismiss (Doc. 34) filed March 22, 2019.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same.  All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 25th day of March, 2019.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE